========================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
--------------------------------------------------------
No. 3
Keren Elmaliach, &c., et al.,
          Respondents,
        v.
Bank of China Limited, &c.,
          Appellant.




          Mitchell R. Berger, for appellant.
          Robert J. Tolchin, for respondents.






*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Reargument ordered and case set down for argument during a future
session of this Court.  Chief Judge Lippman and Judges Read,
Pigott, Rivera and Abdus-Salaam concur.


Decided January 20, 2015